THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Norman E. Peel, Appellant.
 
 
 

Appeal From Lexington County
James W. Johnson, Jr., Circuit Court Judge
Unpublished Opinion No. 2009-UP-429
Submitted September 1, 2009  Filed
 September 8, 2009    
APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of
 Columbia, for Appellant.
 Deputy Director for Legal Services Teresa A. Knox, Legal Counsel
 Tommy Evans, Jr., and Legal Counsel J. Benjamin Aplin, all of Columbia, for
 Respondent. 
 
 
 

PER CURIAM:  Normal E. Peel appeals the revocation of his probation,
 arguing the trial court erred in revoking his probation without finding his
 failure to pay for a substance abuse program was willful.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1] 
APPEAL
 DISMISSED.  
HEARN, C.J., and
 KONDUROS and LOCKEMY, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.